**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01056-LTB-OES

CHARLES JENNINGS,

    Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation, and
L. DEAN PETERSON, individually and d/b/a RANGE ENGINEERING, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion to File First Amended Complaint (Doc 37 - filed February 24, 2006) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.


Dated: February 27, 2006
_____