**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01056-LTB-OES

CHARLES JENNINGS,

       Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation, and
L. DEAN PETERSON, individually and d/b/a RANGE ENGINEERING, INC.,

       Defendants.

_____

**ORDER**
_____

      Upon Stipulation to Dismiss Defendant L. Dean Peterson Pursuant to Rule 41(a)(2) (Doc 45 - filed March 6, 2006), it is

      ORDERED that L. Dean Peterson is DISMISSED from this action as a party defendant, and that in the event that any negligence or fault is proved against Peterson which negligence and fault is denied, shall be attributable to Short-Elliott-Hendrickson, Inc., Peterson's employer and the surviving entity following merger with Range Engineering, Inc.

                                       BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: March 7, 2006