IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation; and
SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2006.**

For good cause shown, the First Stipulated Motion to Amend Scheduling Order [Filed April 6, 2006; Docket #55] is hereby **granted**, except with regard to the deadline for joinder of parties and amendment of pleadings, which expired prior to the filing of this motion. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | September 28, 2006 |
| ! | Dispositive Motion Deadline: | November 28, 2006 |
| ! | Plaintiff's Expert Witness Disclosure: | July 30, 2006 |
| ! | Defendants' Expert Witness Disclosure: | August 30, 2006 |
| ! | Rebuttal Expert Witness Disclosure: | September 13, 2006 |
| ! | Interrogatories to be Submitted no Later Than: | July 30, 2006 |
| ! | Request for Production of Documents to be Submitted no Later Than: | July 30, 2006 |

Settlement Conference:

The Settlement Conference scheduled in this case for July 14, 2006, at 10:30 a.m., is hereby **rescheduled** to October 12, 2006, at 1:30 p.m. The conference will take place in Courtroom A-601 of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado.

Counsel shall have parties present who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the

settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by e:mail only to the Magistrate Judge. The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and shall present a demand or offer. These documents should be intended to persuade the clients and counsel on the other side.

The document to be e:mailed to the Magistrate Judge (not submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement. The settlement documents shall be submitted **no later than five business days** prior to the date of the settlement conference, and shall be submitted in a usable format (i.e., Word or WordPerfect).

Final Pretrial Conference Before Magistrate Judge:

The Final Pretrial Conference scheduled in this case for September 25, 2006, at 9:30 a.m., is hereby **rescheduled** to December 21, 2006, at 9:30 a.m., in the United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted. If appearance by telephone is desired, please notify Chambers at 303-844-4507.

The parties shall submit their proposed Final Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., no later than five (5) business days prior to the conference. The proposed Final Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures  must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.