IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01056-LTB-MEH

CHARLES JENNINGS,

 Plaintiff,

vs.

A-1 TRAFFIC CONTROL & BARRICADE, INC., and
SHORT, ELLIOTT HENDRICKSON, INC.,

 Defendants.

_____

**ORDER ON STIPULATED MOTION FOR CLARIFICATION RE: THIS COURT'S
ORDER DATED MAY 15, 2006, AS TO CLOSE OF DISCOVERY ONLY**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

 The parties have filed a stipulated motion (Docket #68) which seeks clarification of Chief Judge Babcock's Order dated May 15, 2006, in which the Chief Judge noted that the discovery deadline is June 30, 2006.  This motion has been referred by the Chief Judge to this Court (Docket #69).  The motion will be **granted**.

 The original deadline for discovery set in the Court's Scheduling Order of December 2, 2005, was June 30, 2006 (Docket #25).  However, the parties had difficulty in locating witnesses and requested an additional 90 days to complete discovery.  By Minute Order dated April 10, 2006, this Court modified the original discovery deadline to be September 28, 2006 (Docket #57).  The deadlines in the April 10, 2006, Minute Order will govern absent further order of the Court.

 Accordingly, the Stipulated Motion for Clarification Re: This Court's Order Dated May 15, 2006, as to Close of Discovery Only [Filed May 23, 2006; Docket #68] is **granted**, and the discovery deadline of September 28, 2006, remains in full force and effect.

Dated at Denver, Colorado, this 16th day of June, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge