IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation; and
SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendants.

## MINUTE ORDER AMENDING SCHEDULING ORDER
## AND VACATING AND RESCHEDULING CONFERENCES

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2006.**

    For good cause shown, the Stipulated Motion to Continue Trial and Amend Scheduling Order [Filed July 20, 2006; Docket #71] is hereby **granted**. The parties are cautioned that absent truly exceptional circumstances, no further continuances will be considered in this regard.

    On July 25, 2006, this Court received authority from the Honorable Lewis T. Babcock to cancel the Trial Preparation Conference set for April 12, 2007, at 8:00 a.m. and the Jury Trial scheduled to begin on May 9, 2007, at 8:30 a.m. Accordingly, those matters are hereby **vacated** and will be rescheduled by separate notice.

    Further, it is directed that the following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Plaintiff's Expert Witness Disclosure: | December 15, 2006 |
| ! | Defendants' Expert Witness Disclosure: | January 15, 2007 |
| ! | Rebuttal Expert Witness Disclosure: | February 1, 2007 |
| ! | Discovery Cutoff: | April 2, 2007 |
| ! | Dispositive Motion Deadline: | April 30, 2007 |
| ! | Interrogatories and Requests for Production of Documents to be served no later than: | February 2, 2007 |

**Settlement Conference**:

    The Settlement Conference scheduled in this case for October 2, 2006, at 1:30 p.m., is hereby **rescheduled** to March 15, 2007, at 1:30 p.m. Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-

844-4507 no later than ten (10) days prior to the conference to find out the exact physical location of where this conference will be held. The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by e:mail only to the Magistrate Judge. The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and shall present a demand or offer. These documents should be intended to persuade the clients and counsel on the other side.

The document to be e:mailed to the Magistrate Judge (<u>not</u> submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement. The settlement documents shall be submitted **<u>no later than five business days</u>** prior to the date of the settlement conference, and shall be submitted in a usable format (i.e., Word or WordPerfect).

**<u>Final Pretrial Conference Before Magistrate Judge</u>**:

The Final Pretrial Conference scheduled in this case for December 21, 2006, at 9:30 a.m., is hereby **rescheduled** to June 5, 2007, at 9:30 a.m. Again, counsel shall contact Chambers at 303-844-4507 no later than ten (10) days prior to the conference to find out the exact physical location of where this conference will be held.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted. If appearance by telephone is desired, please notify Chambers at 303-844-4507.

The parties shall submit their proposed Final Pretrial Order, pursuant to District of Colorado

Electronic Case Filing ("ECF") Procedures V.L., no later than five (5) business days prior to the conference. The proposed Final Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.