IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-01056-LTB-MEH          Date:   January 29, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom A601**

CHARLES JENNINGS,                             Victoria C. Swanson
                                              David P. Legare (by phone)
Plaintiff(s);

vs.

A-1 TRAFFIC CONTROL & BARRICADE, INC.; and    Rick N. Haderlie
SHORT-ELLIOT-HENDRICKSON, INC.;               Philip B. Cardi

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:     10:30 a.m.**

Court calls case. Appearances of counsel. Also present by telephone: Dr. Joseph McElhinny and Catherine Dunlap.

Opening statements by the Court.

Argument and discussion regarding Defendant A-1 Traffic Control's Motion for Rule 35 Examination of Plaintiff and for Extension of Time in which to Designate Experts (Doc. #77, filed 12/1/06).

**ORDERED:**   1.   Defendant A-1 Traffic Control's Motion for Rule 35 Examination of Plaintiff and for Extension of Time in which to Designate Experts (Doc. #77, filed 12/1/06) is GRANTED in part and DENIED in part as stated on the record.

2.   Counsel shall file a Joint Status Report by **February 7, 2007,** regarding witnesses to be deposed and where the depositions will take place, as well as arrangements to be made for Plaintiff for transportation and accommodations for Plaintiff.

       3.       Plaintiff's Motion for Protective Order Pursuant to Rule 26(c), Federal Rules of Civil Procedure; Certificate of Conference and Memorandum in Support (Doc. #88, filed 1/11/07) is GRANTED in part and DENIED in part, consistent with the rulings made on the record.

Discussion regarding who may attend the IME with Plaintiff.

**Court in recess:**     **11:31 a.m.  (Hearing concluded)**
**Total time in court:**  1:01