**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

Civil Case No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

      Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado Corporation, and
SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

      Defendants.
_____

**ORDER**
_____

Upon Plaintiff's Response to Defendant Short, Elliott, Hendrickson, Inc.'s Contested Motion for Bifurcation of Trial pursuant to Fed.R.Civ.P. 42(b) (Doc 133 - filed May 21, 2007), it is

ORDERED that Defendant SEH's Motion to Bifurcate Trial (Doc 113 - filed April 30, 2007) is GRANTED as follows:

1. Depending on resolution of Defendant SEH's Motion for Summary Judgment, the case will proceed to a trial with Defendant SEH on liability issues only, according to the current Scheduling Order deadlines for the Final Pre-Trial.

2. Damages discovery and pre-trial proceedings related to damages issues will be suspended pending the outcome of the trial with Defendant SEH on liability issues only.

3. If SEH is found to have legal liability to the Plaintiff for the collision between Plaintiff and the Plester truck in the first trial, a second trial will determine the issues of whether the collision caused the Plaintiff damages and, if so, the extent of the damages caused by the collision.

4. If SEH is found to have legal liability to the Plaintiff for the collision between Plaintiff and the Plester truck in the first trial, damages discovery and pre-trial proceedings related to damages issues will resume in relation to the second trial date.

5. The above renders moot, at this time, the pending motions (Docs 120 and 121) regarding the Rule 35 examinations of Plaintiff.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: May 22, 2007