**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

Civil Case No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

      Plaintiff,

v.

A-1 TRAFFIC CONTROL & BARRICADE, INC., a Colorado Corporation, and SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

      Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 137 - filed May 23, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant A-1 Traffic Control & Barricade, Inc.,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 24, 2007