# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE LEWIS T. BABCOCK

Civil Case No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendant.
_____

# ORDER
_____

This matter having come before the court upon Short-Elliott-Hendrickson, Inc.'s Motion for Extension of Time to File its Reply to Plaintiff's Memorandum in Response to Motion for Summary Judgment and the Court being fully advised with regard thereto,

HEREBY ORDERS Short-Elliott-Hendrickson, Inc.'s Motion for Extension of Time to Reply to Plaintiff's Memorandum in Response to Motion for Summary Judgment is GRANTED, and SEH shall have up to and including Thursday, June 7, 2007 to file its reply.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: June 7, 2007