**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01056-LTB-OES

CHARLES JENNINGS,

      Plaintiff,

v.

SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant A-1 Traffic Control's Motion to Disqualify Plaintiff's Counsel David Legare (Doc 126 - filed May 9, 2007) is DENIED AS MOOT. Defendant A-1 Traffic Control was dismissed as a Defendant in this matter by Order entered May 24, 2007, Docket No. 138.

Dated:  June 21, 2007
_____