IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

SHORT- ELLIOTT-HENDRICKSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2007.**

Before the Court is an Amended Motion to Seal Confidential Documents, filed by United Rentals, Inc. ("URI") [Filed 6/11/07; Doc #160]. The Motion is **granted in part** and **denied in part**.

When a party requests a seal order, the Court must carefully balance the competing interests that are at stake in the particular case. *See Nixon v. Warner Communications*, 435 U.S. 589, 599 (1978). The ultimate decision to issue an Order to Seal lies in the trial court's sound discretion. *Id.* Here, the documents at issue are characterized as Exhibit B in support of URI's Motion for Protective Order [Doc #148]. URI has requested that the Court both seal and perform an *in camera* inspection of the documents. In balancing the respective interests of the parties and the public, the Court finds that URI has made a showing of compelling reasons for sealing the documents tendered to the Court. URI's Motion is **granted** in that the documents characterized as Exhibit B shall be sealed. However, URI's request for an *in camera* inspection of the documents is **denied** for the reasons stated in this Court's Order on the Motion for Protective Order, filed 7/10/07.

Accordingly, the documents characterized as Exhibit B in support of URI's Motion for Protective Order [Doc #148] shall be sealed unless or until a further order of this Court directs otherwise. Because its request for an *in camera* inspection is denied, URI is directed to retrieve its hard-copy documents, characterized as Exhibit B in support of URI's Motion for Protective Order, from the Clerk's Office, United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294 no later than July 18, 2007.