IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01056 - LTB - MEH

CHARLES JENNINGS,

    Plaintiff,

v.

A-1TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation; and
SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendants.
_____

ORDER
_____

    This case is before me on Defendant Short-Elliott-Hendrickson, Inc's ("SEH") Motion for Summary Judgment [Doc # 114]. SEH's motion is predicated on its contention that is immune from liability on Plaintiff's claims under Colorado's Workmen's Compensation Act.

    Concurrent with the filing of its summary judgment motion, SEH sought leave to amend the scheduling order so that it could file an amended answer asserting the same theory of immunity as an affirmative defense. On June 13, 2007, the Magistrate Judge recommended that SEH's motion to amend the scheduling order be denied. On July 6, 2007, I denied SEH's objections to the Magistrate Judge's recommendation and further denied SEH's motion to amend the scheduling order. Accordingly, SEH is precluded from seeking summary judgment based on an affirmative defense that it is immune from liability on Plaintiff's claims under Colorado's Workmen's Compensation Act.

IT IS THEREFORE ORDERED that SEH"s Motion for Summary Judgment [Doc # 114] is DENIED.

Dated: July   19  , 2007 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE