IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01056 - LTB - MEH

CHARLES JENNINGS,

    Plaintiff,

v.

A-1TRAFFIC CONTROL & BARRICADE, INC., a Colorado corporation; and
SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendants.
_____

ORDER
_____

As stated on the record at the hearing held on August 9, 2007, IT IS HEREBY ORDERED as follows:

    1. The Motion to Disqualify Plaintiff's Counsel David Legare [Doc # 126], which was joined in by Defendant Short-Elliott-Hendrickson, Inc. ("SEH"), is DENIED by stipulation of the parties.

    2. The Affidavit of Clinton Moyer dated July 7, 2006 is STRICKEN *in toto* from these proceedings, including any reliance on this affidavit by Plaintiff's expert witness, Richard Kerr, P.E.

    3. Nothing in this Order shall preclude SEH from filing a motion in limine regarding the testimony of Mr. Kerr at a later date, if appropriate.

Dated: August __9__, 2007, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE