IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

SHORT- ELLIOTT-HENDRICKSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 29, 2007.**

    For good cause shown, the Stipulated Motion to Vacate Mandatory Settlement Conference [filed November 26, 2007; doc #179] is **granted**. The parties are **ordered** to submit a joint Status Report on settlement of this matter to Chambers by telephone at (303) 844-4507 or by email at hegarty_chambers@cod.uscourts.gov on or before **December 7, 2007**.