IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01056-LTB-MEH

CHARLES JENNINGS,

    Plaintiff,

v.

SHORT-ELLIOTT-HENDRICKSON, INC., a foreign corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 184 - filed January 8, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: January 9, 2008